INDIANA TAX COURT
Cases Transmitted
Week of 9/28/15

Name:         <u>Quest Diagnostics Clinical Laboratories, Inc. v. Indiana Department of State Revenue</u>
Case No.      49T10-1510-TA-00031
Date Filed:    10/2/15
Attorneys:    Mark J. Richards, Matthew J. Ehinger
Type of Tax:   AGIT – Taxpayer maintains that the Department of Revenue erred in issuing proposed assessments against it (as well as in denying its claims for refund) because it included the apportionment factors of a minority interest in the computation of adjusted gross income tax due.